**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DARLA TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 08-cv-625-JPG-PMF** |
| | ) | |
| | ) | |
| **VALUE CITY DEPARTMENT STORES,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation of Dismissal advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   May 18, 2012**

**NANCY ROSENSTENGEL, CLERK**

**S/Deborah Agans, Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
**U. S. DISTRICT JUDGE**