IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLA TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VALUE CITY DEPARTMENT STORES, )<br>INC., )<br>)<br>Defendant. ) | NO. 08-cv-625-JPG-PMF |

# **JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation of Dismissal advising the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: May 18, 2012**

**NANCY ROSENSTENGEL, CLERK**

**S/Deborah Agans, Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
              **U. S. DISTRICT JUDGE**